# RETURN OF SERVICE

UNITED STATES DISTRICT COURT                                   State of Florida

JO LYNNE TADLOCK, ON BEHALF OF HERSELF AND                     Attorney:
OTHERS SIMILARLY SITUATED

    Plaintiff                                 The Moskowitz Law Firm
                                                               2 Alhambra Plaza Suite 601
vs.                                                            Coral Gables, FL. 33134

ADT LLC

    Defendant

Case Number: 18CV25077-MGC

Legal documents received by Majic City Process Service, LLC. on December 06th, 2018 at 11:19 AM to be served upon **ADT, LLC. c/o Registered Agent at 1200 South Pine Island Road, Plantation, FL. 33324**

I, JOSEPH R. DION, swear and affirm that on **December 07th, 2018 at 12:45 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **SUMMONS, COMPLAINT, AND EXHIBITS** to **Donna Moch** as **Supervisor** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'3"   Weight: 180   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED I am over the age of 18, of sound mind and neither a party to or interested in the above suit.

JOSEPH R. DION
Process Server, # 2259

Majic City Process Service, LLC.
1825 Ponce DeLeon Blvd. #283
Coral Gables, 33134

(786) 539-7227

Internal Job ID: 2018002694

Reference Number:

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Jo Lynne Tadlock, on behalf of herself and others similarly situated,

Plaintiff(s)

v.

ADT LLC,

Defendant(s)

Civil Action No. 18CV25077-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADT, LLC.
c/o Registered Agent
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

*Handwritten:*
JD2259
12/7 @ 12:45 pm
Donna Moch
Supervisor
F/B 5'3" 180 Blk 35yrs NOG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel: (305) 740-1423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Dec 4, 2018

Steven M. Larimore
Clerk of Court

s/ Mary Etienne
Deputy Clerk
U.S. District Courts