UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:18-cv-25077-MGC

JO LYNNE TADLOCK,

   Plaintiff,

      v.

ADT LLC,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jo Lynne Tadlock and Defendant ADT LLC hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant each to bear their own attorneys' fees, costs, and expenses.

Dated: February 13, 2019

By: /s/ Adam M. Moskowitz
Adam M. Moskowitz
adam@moskowitz-law.com
Adam A. Schwartzbaum
adams@moskowitz-law.com
Joseph M. Kaye, Esq.
joseph@moskowitz-law.com
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Tel: (305) 740-1423

*Counsel for Plaintiff and the Proposed Class*

Respectfully submitted,

By: /s/ C. Sanders McNew
C. Sanders McNew
mcnew@mcnew.net
Florida Bar No. 0090561
MCNEW P.A.
Boca Raton, Florida 33431
Tel:  (561) 299-0257
Fax: (561) 299-3705

*Counsel for Defendant ADT LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of February, 2019, I have electronically filed a copy of the foregoing Joint Stipulation of Dismissal Without Prejudice with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants duly registered to receive service of filings in this case.

                                                                                 /s/ *Adam M. Moskowitz*
                                                                                  Adam M. Moskowitz