UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:18-cv-25077-MGC

JO LYNNE TADLOCK,

    Plaintiff,

        v.

ADT LLC,

    Defendant.

_____/

## AMENDED JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jo Lynne Tadlock and Defendant ADT LLC hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant each to bear their own attorneys' fees, costs, and expenses.

| | |
|---|---|
| Dated: February 13, 2019 | Respectfully submitted, |
| By: /s/ Adam M. Moskowitz | By: /s/ C. Sanders McNew |
| Adam M. Moskowitz | C. Sanders McNew |
| adam@moskowitz-law.com | mcnew@mcnew.net |
| Adam A. Schwartzbaum | Florida Bar No. 0090561 |
| adams@moskowitz-law.com | MCNEW P.A. |
| Joseph M. Kaye, Esq. | Boca Raton, Florida 33431 |
| joseph@moskowitz-law.com | Tel: (561) 299-0257 |
| THE MOSKOWITZ LAW FIRM, PLLC | Fax: (561) 299-3705 |
| 2 Alhambra Plaza | |
| Suite 601 | *Counsel for Defendant ADT LLC* |
| Coral Gables, FL 33134 | |
| Tel: (305) 740-1423 | |

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 13th day of February, 2019, I have electronically filed a copy of the foregoing Amended Joint Stipulation of Dismissal Without Prejudice with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants duly registered to receive service of filings in this case.

                                                  /s/ *Adam M. Moskowitz*
                                                 Adam M. Moskowitz